DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
140 Broadway, 39th floor
New York, New York 10005
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
DONGMEI LI,                                                      :   Civil Action No. 07-4005-LDW-ETB
                                                                 :
                        Plaintiffs,                              :
                                                                 :   **NOTICE OF APPEARANCE**
v.                                                               :
                                                                 :
APPLE INC.; STEVE JOBS; and                                      :
AT&T, INC.,                                                      :   **Document electronically filed**
                                                                 :
                        Defendants.                              :
---------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-captioned action as counsel for Defendant AT&T Inc. ("AT&T"). AT&T expressly reserves all rights and defenses with respect to the above-captioned action.

                                                  DRINKER BIDDLE & REATH LLP

                                                  Attorneys for Defendant
                                                  AT&T Inc.

                                      By:    s/ Andrew B. Joseph
                                                  Andrew B. Joseph
                                                  andrew.joseph@dbr.com

Dated: December 5, 2007

SFNJ1 1207048v1