UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
DONGMEI LI,

              Plaintiff,

    -against-                               **Index No.  CV 07 4005 (LDW)(ETB)**

APPLE INC.
STEVE JOBS
AT&T INC.,

              Defendants.
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael B. Miller of the firm Morrison & Foerster LLP shall appear as counsel of record for defendants Apple Inc. and Steve Jobs in the above-referenced action. We hereby request service of all documents in this matter.

Dated: New York, New York      MORRISON & FOERSTER LLP
       December 5, 2007

                                           By: /s/ Michael B. Miller
                                               Michael B. Miller (MM-1154)
                                               1290 Avenue of the Americas
                                               New York, New York  10104-0050
                                               (212) 468-8000

ny-789021

## CERTIFICATE OF SERVICE

      I, MICHAEL B. MILLER, hereby certify that on December 5, 2007, I caused a true and correct copy of the attached NOTICE OF APPEARANCE to be served on all parties via the Court's ECF system.

Dated:   New York, New York
           December 5, 2007

                                       /s/ Michael B. Miller
                                          Michael B. Miller