UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
DONGMEI LI, :
:
　　　　　　　　　　Plaintiff, :
:
　　　　-against- : **Index No.　CV 07 4005**
: **(LDW)(ETB)**
APPLE INC. :
STEVE JOBS :
AT&T INC., :
:
　　　　　　　　　　Defendants. :
:
:
------------------------------------------------------------------- x

## <u>NOTICE OF APPEARANCE</u>

　　　　PLEASE TAKE NOTICE that Michael B. Miller of the firm Morrison & Foerster LLP shall appear as counsel of record for defendants Apple Inc. and Steve Jobs in the above-referenced action. We hereby request service of all documents in this matter.

Dated:　New York, New York　　　MORRISON & FOERSTER LLP
　　　　　December 5, 2007


　　　　　　　　　　　　　　　　　　By:　/s/ Michael B. Miller
　　　　　　　　　　　　　　　　　　　　　Michael B. Miller (MM-1154)
　　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York　10104-0050
　　　　　　　　　　　　　　　　　　　　　(212) 468-8000

ny-789021

CERTIFICATE OF SERVICE

  I, MICHAEL B. MILLER, hereby certify that on December 5, 2007, I caused a true and correct copy of the attached NOTICE OF APPEARANCE to be served on all parties via the Court's ECF system.

Dated: New York, New York
    December 5, 2007

                /s/ Michael B. Miller
                Michael B. Miller