# DrinkerBiddle&Reath
### L L P

Andrew B. Joseph
973-549-7264
andrew.joseph@dbr.com

*Law Offices*

140 Broadway
39TH Floor
New York, NY
10005-1116

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

PHILADELPHIA
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

December 6, 2007

**VIA ECF AND FEDERAL EXPRESS**

Clerk, U.S. District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re:     Li v. Apple Inc., et al., 07-4005

Dear Sir or Madam:

        We represent defendant AT&T Inc. ("AT&T") in the above-captioned matter.
Enclosed for filing on AT&T's behalf are:

        (1)     Notice of Motion to Admit Seamus C. Duffy *pro hac vice*;
        (2)     Affidavit of Andrew B. Joseph;
        (3)     Affidavit of Seamus C. Duffy, with original Certificate of Good Standing;
        (4)     Proposed Order;
        (5)     Check for $25.00 *pro hac vice* admission fee; and
        (6)     Certification of Service.

Copies of the foregoing documents also have been electronically filed.

        Please contact the undersigned with any questions or concerns.  Thank you for
your attention to this matter.

                                            Very truly yours,

                                            Andrew B. Joseph

Enclosures

cc:     Hon. Leonard D. Wexler, U.S.D.J. (courtesy copy via Federal Express)
        Hon. E. Thomas Boyle, U.S.M.J. (courtesy copy via Federal Express)
        C. Jean Wang, Esq. (via ECF)
        Michael B. Miller, Esq. (via ECF)
        David J. Antczak, Esq.
        Seamus C. Duffy, Esq.

*Established
1849*

SFNJ1 1207086v1

Dockets.Justia.com

DRINKER BIDDLE & REATH LLP
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

BROWN BROTHERS HARRIMAN & CO.
PRIVATE BANKERS
1531 WALNUT ST. PHILADELPHIA, PA

1-480/260

22903

12-04-07

PAY TO THE
ORDER OF     CLERK OF CT US DIST CT

$   25.00

TWENTY-FIVE AND 00/100

DOLLARS

ATTORNEY BUSINESS ACCOUNT

MEMO    Admission Fee

⑈"022903⑈" ⑈:0260048021: 34856108 21⑈

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

Details on back.

Security Features Included.

SAFEGUARD  SECURE

```
-------------------------------------------------------x
DONGMEI LI,                                   :
                                              :       Civil Action No. 07-04005-LDW-ETB
              Plaintiff,                      :
                                              :
                                              :
       v.                                     :
                                              :       NOTICE OF MOTION
APPLE INC.; STEVE JOBS; and                   :       TO ADMIT SEAMUS C. DUFFY
AT&T INC.,                                    :       PRO HAC VICE
                                              :
              Defendants.                     :
-------------------------------------------------------x
```

TO:    C. Jean Wang
       WANG LAW OFFICES
       36-25 Main Street – Third Floor
       Flushing, New York 11354

       Michael B. Miller
       Morrison & Foerster LLP
       1290 Avenue of the Americas
       New York, NY 10104

PLEASE TAKE NOTICE that, upon the annexed affidavit of Seamus C. Duffy in support

of this motion and the Certificate of Good Standing annexed thereto, defendant AT&T Inc. will

move this Court before the Honorable Leonard D. Wexler at the United States Courthouse for the

Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, for an Order allowing the

admission of Mr. Duffy, a partner in the firm of Drinker Biddle & Reath LLP and a member in

good standing of the Bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to

argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Mr. Duffy in any State or Federal court.

DRINKER BIDDLE & REATH LLP


By: s/ Andrew B. Joseph
    Andrew B. Joseph
    140 Broadway, 39th Floor
    New York, NY 10005
    (973) 360-1100

    Counsel for Defendant AT&T Inc.

Dated: December 6, 2007

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
140 Broadway, 39th floor
New York, New York 10005
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------- x

| | | |
|---|---|---|
| DONGMEI LI, | : | Civil Action No. 07-4005-LDW-ETB |
| | : | |
| Plaintiffs, | : | |
| | : | **AFFIDAVIT OF** |
| v. | : | **ANDREW B. JOSEPH** |
| | : | |
| APPLE INC.; STEVE JOBS; and | : | |
| AT&T, INC., | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------- x

ANDREW B. JOSEPH, being duly sworn according to law, upon his oath deposes and says:

1.    I am a partner of the law firm Drinker Biddle & Reath LLP ("Drinker Biddle"), attorneys for AT&T Inc., defendant in the above-captioned matter. I practice in Drinker Biddle's Florham Park, New Jersey office. My firm also maintains an office at 140 Broadway, 39th Floor, New York, New York 10005.

2.    I make this affidavit in support of the motion for Seamus C. Duffy to be admitted to participate in this action *pro hac vice.*

3.    I am admitted to the Bar of the United States District Court for the Eastern District of New York.

4.  Accompanying this affidavit is the affidavit of Mr. Duffy, attaching a Certificate of Good Standing from the court of each state in which he is admitted to practice law.

5.  Mr. Duffy is familiar with the facts of this case and AT&T Inc. requests that Mr. Duffy appear on its behalf in this matter.

6.  Wherefore your affiant respectfully requests that Mr. Duffy be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

_____
Andrew B. Joseph

Sworn to before me this
___ day of December, 2007

_____
Notary Public

JESSICA A. BURT
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES

```
-------------------------------------------------x
DONGMEI LI,                         :
                                    :        Civil Action No. 07-04005-LDW-ETB
            Plaintiff,              :
                                    :
      v.                            :
                                    :
APPLE INC.; STEVE JOBS; and         :        AFFIDAVIT OF SEAMUS C. DUFFY
AT&T INC.,                          :        IN SUPPORT OF MOTION TO
                                    :        PRACTICE PRO HAC VICE
            Defendants.             :
-------------------------------------------------x
```

Commonwealth of Pennsylvania      )
                                  )      ss:
County of Philadelphia            )

Seamus C. Duffy, being duly sworn, hereby deposes and says as follows:

1.  I am a partner in the law firm of Drinker Biddle & Reath LLP, counsel for

    defendant AT&T Inc. ("AT&T").

2.  I submit this affidavit in support of my motion for admission to practice *pro hac*

    *vice* in the above captioned action as counsel for AT&T.

3.  AT&T has requested that I actively participate in this action as its counsel.

4.  If admitted to practice before this Court *pro hac vice*, I will pay all appropriate

    fees and conduct myself in accordance with the Local Rules of this Court.

5.  As shown on the Certificate of Good Standing annexed hereto, I am a member in

    good standing of the Bar of the Commonwealth of Pennsylvania.

6.  There are no pending disciplinary proceedings against me in any State or Federal

    court.

7.     Wherefore, I respectfully request that I be permitted to appear as counsel and

advocate *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.


Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
seamus.duffy@dbr.com
215-988-2700


Sworn before me and subscribed
in my presence this _29th_ day
of _November_, 2007


Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA J. PIERCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 22, 2011



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Seamus Cotter Duffy, Esq.*

**DATE OF ADMISSION**

***August 9, 1988***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: November 21, 2007**

Patricia A. Johnson
Chief Clerk

```
-----------------------------------------------x
DONGMEI LI,                              :
                                         :        Civil Action No. 07-04005-LDW-ETB
              Plaintiff,                 :
                                         :
      v.                                 :
                                         :        ADMISSION OF SEAMUS C. DUFFY
APPLE INC.; STEVE JOBS; and              :        TO PRACTICE PRO HAC VICE
AT&T INC.,                               :
                                         :
              Defendants.                :
-----------------------------------------------x
```

The motion for admission of Seamus C. Duffy to practice *pro hac vice* in the above

captioned matter is granted. The admitted attorney, Seamus C. Duffy, is permitted to argue or

try this particular case in whole or in part as counsel.

Mr. Duffy is required to pay a $25.00 attorney admission fee and present this Order to the

intake deputy in the Clerk's Office.

This Order confirms Mr. Duffy's appearance as counsel in this case, and it will be

entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case

will be made on the roll of attorneys.

Mr. Duffy must serve a copy of this Order on all other counsel of record in this case.

Dated: _____, 2007

                                        _____
                                        United States District Judge

cc:    Seamus C. Duffy, Esquire
       Court File

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
140 Broadway, 39th floor
New York, New York 10005
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DONGMEI LI,                              :  Civil Action No. 07-4005-LDW-ETB

                                       :

                    Plaintiffs,      :

                                       :

v.                                       :

                                       :

APPLE INC.; STEVE JOBS; and              :
AT&T, INC.,                              :

                                       :

                    Defendants.      :

------------------------------------------------------------- x

## CERTIFICATION OF SERVICE

Andrew B. Joseph, of full age, and under penalty of perjury, certifies the following:

        1.      I am employed as a partner at the law firm Drinker Biddle & Reath LLP, counsel

for defendant AT&T Inc. in the above-captioned matter.

        2.      On December 6, 2007, I caused true and correct copies of (1) cover letter to Clerk,

United States District Court, (2) Notice of Motion to Admit Seamus C. Duffy *pro hac vice*, (3)

Affidavit of Andrew B. Joseph, (4) Affidavit of Seamus C. Duffy, (5) Proposed Order, and (6)

Certification of Service, to be served on all counsel of record in the above-captioned matter via

the Court's ECF system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 6, 2007

s/ Andrew B. Joseph
Andrew B. Joseph