# DrinkerBiddle&Reath
### L L P

Andrew B. Joseph
973-549-7264
andrew.joseph@dbr.com

*Law Offices*

140 Broadway

39TH Floor

New York, NY

10005-1116

212-248-3140

212-248-3141 fax

www.drinkerbiddle.com

PHILADELPHIA

WASHINGTON

LOS ANGELES

SAN FRANCISCO

CHICAGO

PRINCETON

FLORHAM PARK

BERWYN

WILMINGTON

December 6, 2007

**VIA ECF AND FEDERAL EXPRESS**

Clerk, U.S. District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re:    Li v. Apple Inc., et al., 07-4005

Dear Sir or Madam:

We represent defendant AT&T Inc. ("AT&T") in the above-captioned matter. Enclosed for filing on AT&T's behalf are:

(1)    Notice of Motion to Admit David J. Antczak *pro hac vice*;
(2)    Affidavit of Andrew B. Joseph;
(3)    Affidavit of David J. Antczak, with original Certificates of Good Standing;
(4)    Proposed Order;
(5)    Check for $25.00 *pro hac vice* admission fee; and
(6)    Certification of Service.

Copies of the foregoing documents also have been electronically filed.

Please contact the undersigned with any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

Andrew B. Joseph

Enclosures

cc:    Hon. Leonard D. Wexler, U.S.D.J. (courtesy copy via Federal Express)
       Hon. E. Thomas Boyle, U.S.M.J. (courtesy copy via Federal Express)
       C. Jean Wang, Esq. (via ECF)
       Michael B. Miller, Esq. (via ECF)
       David J. Antczak, Esq.
       Seamus C. Duffy, Esq.

*Established*
*1849*

SFNJ1 1207087v1



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

22904

DRINKER BIDDLE & REATH LLP
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

BROWN BROTHERS HARRIMAN & CO.
PRIVATE BANKERS
1531 WALNUT ST.  PHILADELPHIA, PA

1-480/260

12-04-07

PAY TO THE
ORDER OF       CLERK OF CT US DIST CT

$        25.00

TWENTY-FIVE AND 00/100                                                          DOLLARS

ATTORNEY BUSINESS ACCOUNT

MEMO    Admission Fee

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈"022904"⑈ ⑈:0260048002⑈: 34856⑈"2⑈"

Security Features Included.

Details on back.

```
-------------------------------------------------------x
DONGMEI LI,                             :
                                        :                Civil Action No. 07-04005-LDW-ETB
                   Plaintiff,           :
                                        :
        v.                              :
                                        :
APPLE INC.; STEVE JOBS; and             :                NOTICE OF MOTION
AT&T INC.,                              :                TO ADMIT DAVID J. ANTCZAK
                                        :                PRO HAC VICE
                   Defendants.          :
-------------------------------------------------------x
```

TO:    C. Jean Wang
       WANG LAW OFFICES
       36-25 Main Street – Third Floor
       Flushing, New York  11354

       Michael B. Miller
       Morrison & Foerster LLP
       1290 Avenue of the Americas
       New York, NY 10104

PLEASE TAKE NOTICE that, upon the annexed affidavit of David J. Antczak in support

of this motion and the Certificates of Good Standing annexed thereto, defendant AT&T Inc. will

move this Court before the Honorable Leonard D. Wexler at the United States Courthouse for the

Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, for an Order allowing the

admission of Mr. Antczak, a partner in the firm of Drinker Biddle & Reath LLP and a member in

good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, as

attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no

pending disciplinary proceedings against Mr. Antczak in any State or Federal court.

DRINKER BIDDLE & REATH LLP

By:  s/ Andrew B. Joseph
Andrew B. Joseph
140 Broadway, 39th Floor
New York, New York 10005
(973) 360-1100

Counsel for Defendant AT&T Inc.

Dated:  December 6, 2007

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
140 Broadway, 39th floor
New York, New York 10005
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DONGMEI LI,

                         Plaintiffs,

v.

APPLE INC.; STEVE JOBS; and
AT&T, INC.,

                        Defendants.

------------------------------------------------------------ x

: Civil Action No. 07-4005-LDW-ETB

: **AFFIDAVIT OF**
: **ANDREW B. JOSEPH**

ANDREW B. JOSEPH, being duly sworn according to law, upon his oath deposes and

says:

    1.    I am a partner of the law firm Drinker Biddle & Reath LLP ("Drinker Biddle"),

attorneys for AT&T Inc., defendant in the above-captioned matter. I practice in Drinker Biddle's

Florham Park, New Jersey office. My firm also maintains an office at 140 Broadway, 39th

Floor, New York, New York 10005.

    2.    I make this affidavit in support of the motion for David J. Antczak to be admitted

to participate in this action *pro hac vice*.

    3.    I am admitted to the Bar of the United States District Court for the Eastern

District of New York.

4.      Accompanying this affidavit is the affidavit of Mr. Antczak , attaching a

Certificate of Good Standing from the court of each state in which he is admitted to practice law.

5.      Mr. Antczak is familiar with the facts of this case and AT&T Inc. requests that

Mr. Antczak appear on its behalf in this matter.

6.      Wherefore your affiant respectfully requests that Mr. Antczak be permitted to

appear as counsel and advocate *pro hac vice* in the above-captioned case.

_____
Andrew B. Joseph


Sworn to before me this
4TH day of December, 2007

_____
Notary Public

JESSICA A. BURT
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES 2/26/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DONGMEI LI,                           :
                                      :        Civil Action No. 07-04005-LDW-ETB
              Plaintiff,              :
                                      :
      v.                              :
                                      :
APPLE INC.; STEVE JOBS; and           :        **AFFIDAVIT OF DAVID J. ANTCZAK**
AT&T INC.,                            :        **IN SUPPORT OF MOTION TO**
                                      :        **PRACTICE *PRO HAC VICE***
                                      :
              Defendants.             :
-------------------------------------------------------x


Commonwealth of Pennsylvania    )
                                )        ss:
County of Philadelphia          )


David J. Antczak, being duly sworn, hereby deposes and says as follows:

1.    I am a partner with the law firm of Drinker Biddle & Reath LLP, counsel for

      defendant AT&T Inc. ("AT&T").

2.    I submit this affidavit in support of my motion for admission to practice *pro hac*

      *vice* in the above captioned action as counsel for AT&T.

3.    AT&T has requested that I actively participate in this action as its counsel.

4.    If admitted to practice before this Court *pro hac vice*, I will pay all appropriate

      fees and conduct myself in accordance with the Local Rules of this Court.

5.    As shown on the Certificates of Good Standing annexed hereto, I am a member in

      good standing of the Bars of the Commonwealth of Pennsylvania and the State of

      New Jersey.

6.     There are no pending disciplinary proceedings against me in any State or Federal court.

7.     Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

David J. Antczak
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania  19103-6996
david.antczak@dbr.com
215-988-2700

Sworn before me and subscribed
in my presence this _____ day
of _____, 2007

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA J. PIERCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 22, 2011

- 2 -



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *David John Antczak, Esq.*

### DATE OF ADMISSION

### *December 16, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: November 21, 2007**

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DAVID J ANTCZAK**
(No. **025291997** ) *was constituted and appointed an Attorney at Law of New Jersey on* **January 23, 1998** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 27TH *day of* November *, 20* 07

Clerk of the Supreme Court

-453a-

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
DONGMEI LI,                            :
                                       :        Civil Action No. 07-04005-LDW-ETB
              Plaintiff,               :
                                       :
       v.                              :
                                       :
APPLE INC.; STEVE JOBS; and            :        ADMISSION OF DAVID J. ANTCZAK
AT&T INC.,                             :        TO PRACTICE PRO HAC VICE
                                       :
              Defendants.              :
-------------------------------------------------x
```

The motion for admission of David J. Antczak to practice *pro hac vice* in the above

captioned matter is granted.  The admitted attorney, David J. Antczak, is permitted to argue or

try this particular case in whole or in part as counsel.

Mr. Antczak is required to pay a $25.00 attorney admission fee and present this Order to

the intake deputy in the Clerk's Office.

This Order confirms Mr. Antczak's appearance as counsel in this case, and it will be

entered on the Court's docket.  A notation of his admission *pro hac vice* for the above listed case

will be made on the roll of attorneys.

Mr. Antczak must serve a copy of this Order on all other counsel of record in this case.


Dated: _____, 2007



                                          _____
                                          United States District Judge

cc:    David J. Antczak, Esquire
       Court File

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
140 Broadway, 39th floor
New York, New York 10005
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

------------------------------------------------------------- x

DONGMEI LI,                                      :    Civil Action No. 07-4005-LDW-ETB
                                                 :
                          Plaintiffs,            :
                                                 :
v.                                               :
                                                 :
APPLE INC.; STEVE JOBS; and                      :
AT&T, INC.,                                       :
                                                 :
                          Defendants.            :

------------------------------------------------------------- x

## CERTIFICATION OF SERVICE

Andrew B. Joseph, of full age, and under penalty of perjury, certifies the following:

1.      I am employed as a partner at the law firm Drinker Biddle & Reath LLP, counsel

for defendant AT&T Inc. in the above-captioned matter.

2.      On December 6, 2007, I caused true and correct copies of (1) cover letter to Clerk,

United States District Court, (2) Notice of Motion to Admit David J. Antczak *pro hac vice*, (3)

Affidavit of Andrew B. Joseph, (4) Affidavit of David J. Antczak, (5) Proposed Order, and (6)

Certification of Service, to be served on all counsel of record in the above-captioned matter via

the Court's ECF system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 6, 2007

s/ Andrew B. Joseph
Andrew B. Joseph