Li v. Apple Inc. et al                                                                                                                       Doc. 10

```
A082 SWEDA                    ORIGINAL
(Rev. 3/02)              RECEIPT FOR PAYMENT
                       UNITED STATES DISTRICT COURT        024843
                                  for the
                         EASTERN DISTRICT OF NEW YORK
                              at    CENTRAL ISLIP
Fund                                              12-07-2007(FRI)  12:02 Pm
6855XX   Deposit Funds
604700   Registry Funds                 DRAW 1                      001552
         General and Special Funds      Receipt#24843
508800   Immigration Fees
085000   Attorney Admission Fees
086900   Filing Fees                    PRO HAC VICE        25.00
322340   Sale of Publications             .. # 6855XX
322350   Copy Fees                     CHK#                 22904
322360   Miscellaneous Fees
143500   Interest                      TOTAL--»            25.00
322380   Recoveries of Court Costs     CHECK               25.00
322386   Restitution to U.S. Government
121000   Conscience Fund
129900   Gifts
504100   Crime Victims Fund
613300   Unclaimed Monies
510000   Civil Filing Fee (½)
510100   Registry Fee
```

CASE REFERENCE: 07CV4005

RECEIVED FROM Drinker, Biddle + Reath  David Antczak
500 Campus Dr.
Florham Pk, NJ 07932

DEPUTY CLERK (signature)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

GPO U.S. GPO: 2006-510-661  "1" Pro Hac Vice

Dockets.Justia.com

A082 SWEDA
(Rev. 3/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at _CENTRAL ISLIP_

**024844**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| 508800 | General and Special Funds |
| 085000 | Immigration Fees |
| 086900 | Attorney Admission Fees |
| 322340 | Filing Fees |
| 322350 | Sale of Publications |
| 322360 | Copy Fees |
| 143500 | Miscellaneous Fees |
| 322380 | Interest |
| 322386 | Recoveries of Court Costs |
| 121000 | Restitution to U.S. Government |
| 129900 | Conscience Fund |
| 504100 | Gifts |
| 613300 | Crime Victims Fund |
| 510000 | Unclaimed Monies |
| 510100 | Civil Filing Fee (½) |
| | Registry Fee |

DRAW 1     12-07-2007(FRI) 12:05 PM
Receipt#24844                001553

PRO HAC VICE
    # 6855XX            25.00
CHK#
TOTAL--»           22903
CHECK            25.00
                 25.00

**CASE REFERENCE:**
07 CV 4005

**RECEIVED FROM**
Drinker, Biddle + Reath

Seamus Duffy

**DEPUTY CLERK** AA

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

GPO U.S. GPO: 2006-510-661

"1" Pro Hac Vice