## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x
DONGMEI LI,                                          :
                                                     :  Civil Action No. 07-04005-LDW-ETB
        Plaintiff,                        :
                                                     :
    v.                                            :
                                                     :
APPLE INC.; STEVE JOBS; and                          :
AT&T INC.,                                           :
                                                     :
        Defendants.                       :  **NOTICE OF APPEARANCE**
-----------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorney, admitted *pro hac vice* by Order dated December 7, 2007, appears in the above-captioned action as counsel of record for Defendant AT&T Inc. ("AT&T"). AT&T expressly reserves all rights and defenses in this action.

                                DRINKER BIDDLE & REATH LLP
                                A Delaware Limited Liability Partnership

                                Attorneys for Defendant AT&T Inc.

                                By: s/ David J. Antczak
                                    David J. Antczak (admitted *pro hac vice*)
                                One Logan Square, 18th & Cherry Streets
                                Philadelphia, Pennsylvania 19103-6996
                                (215) 988-2558
                                david.antczak@dbr.com

Dated: Philadelphia, Pennsylvania
           December 28, 2007.