**DrinkerBiddle&Reath**
L L P

David J. Antczak
215-988-2558
david.antczak@dbr.com

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 28, 2007

**Via ECF and Federal Express**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York  11722

Re:     *Li v. Apple Inc.*, et al., No. 07-cv-04005-LDW-ETB

Dear Judge Wexler:

        This firm represents defendant AT&T Inc. ("AT&T") in the above-referenced
action.  AT&T hereby joins in the December 24, 2007 letter from Michael B. Miller,
counsel for defendants Apple Inc. and Steve Jobs (collectively, "Apple"), renewing
defendants' request for a pre-motion conference to set a briefing schedule on defendants'
anticipated motions to dismiss plaintiff's Complaint in its entirety pursuant to Fed. R.
Civ. P. 12(b)(6).

        Plaintiff has failed to respond at all to Apple's and AT&T's pre-motion
conference letters to the Court, which were filed and served on December 5 and 6, 2007,
respectively (*see* Docket Nos. 6 and 7), and which "constitute[d] timely service of a
motion made pursuant to Federal Rule of Civil Procedure Rule 12(b)" under Rule 2.B of
Your Honor's Individual Practices.  Plaintiff's counsel also has failed to respond to any
of the prior or subsequent telephone messages and letters from defendants' counsel,
including our recent attempts to satisfy our meet and confer obligations under Magistrate
Judge Boyle's Scheduling Order and the Federal Rules.  Instead, on December 24, 2007,
plaintiff sent defendants a letter threatening to "move the court for a default judgment"
for "fail[ure] to serve an answer."

        Given plaintiff's non-responsiveness and failure to recognize defendants'
compliance with Rule 2.B of Your Honor's Individual Practices, AT&T joins Apple in
respectfully renewing defendants' request that the Court hold a pre-motion conference to
establish a schedule for briefing defendants' contemplated motions to dismiss the

*Established 1849*

Complaint.  With the Court's permission, AT&T and Apple are prepared to file their motions on or before January 25, 2008.

                                        Respectfully submitted,

                                        s/ David J. Antczak
                                        David J. Antczak

DJA:kk

cc:     C. Jean Wang, Esquire (via ECF)
        Michael B. Miller, Esquire (via ECF)
        Daniel A. Sasse, Esquire, Crowell & Moring LLP (via e-mail)