UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONGMEI LI,

        Plaintiff,

v.

APPLE INC.; STEVE JOBS; and AT&T INC.,

        Defendants.

Civil Action No. 07-04005-LDW-ETB

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-captioned action as counsel of record for Defendant AT&T Inc. ("AT&T") and requests that all notices, orders and/or other information in this case be served upon the individual identified below. AT&T expressly reserves all rights and defenses in this action.

CROWELL & MORING LLP

Attorneys for Defendant AT&T Inc.

By:   s/ *Timothy J. Fierst*
      Timothy J. Fierst (TF:3247)
      153 East 53rd Street, 31st Floor
      New York, New York 10022
      (212) 895-4200
      Facsimile: (212) 895-4201
      tfierst@crowell.com

Dated:   New York, New York
           January 9, 2008