

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 ■ p212 223-4000 ■ f212 223-4134

Timothy Fierst
(212) 895 - 4263
TFierst@crowell.com

January 9, 2008

**VIA ECF AND HAND DELIVERY**
Clerk, U.S. District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

Re: Li v. Apple, Inc., *et al.*, 07-4005

Dear Sir/Madam:

    We represent defendant AT&T Inc. ("AT&T") in the above-captioned matter. Enclosed for filing on behalf of AT&T are:

1. Notice of Motion to Admit Daniel Allen Sasse *pro hac vice*;
2. Affidavit of Timothy J. Fierst;
3. Affidavit of Daniel Allen Sasse, with original Certificate of Good Standing;
4. Propose Order;
5. Check for $25.00 *pro hac vice* admission fee; and
6. Certificate of Service.

Copies of the documents also have been electronically filed.

    Please contact the undersigned with any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

Timothy J. Fierst

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

Enclosures

Cc: Hon. Leonard C. Wexler, U.S.D.J. (courtesy copy by hand)
    Hon. E. Thomas Boyle, U.S.M.J. (courtesy copy by hand)
    C. Jean Wang, Esq. (via ECF)
    Michael B. Miller, Esq. (via ECF)
    David J. Antzack, Esq. (via ECF)
    Seamus C. Duffy, Esq. (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONGMEI LI,

    Plaintiff,

v.

APPLE INC.; STEVE JOBS; and AT&T INC.,

    Defendants.

---

Civil Action No. 07-04005-LDW-ETB

NOTICE OF MOTION TO ADMIT
DANIEL ALLEN SASSE
*PRO HAC VICE*

TO: C. Jean Wang
    WANG LAW OFFICES
    36-25 Main Street – 3rd Floor
    Flushing, NY 11354

    Michael B. Miller
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, NY 10104

PLEASE TAKE NOTICE that, upon the annexed affidavit of Timothy J. Fierst in support of this motion and the Certificate of Good Standing attached thereto, defendant AT&T Inc. will move this Court before the Honorable Leonard D. Wexler of the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Daniel Allen Sasse, a partner in the law firm of Crowell & Moring LLP and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case. There are no pending disciplinary proceedings against Mr. Sasse in any State or Federal court.

Dated: New York, New York
January 9, 2008

                      CROWELL & MORING LLP

                      Attorneys for Defendant AT&T, Inc.

                      By: _/s/ Timothy J. Fierst_
                          Timothy J. Fierst (TF:3247)
                          153 E. 53rd Street, 31st Floor
                          New York, NY 10022
                          Telephone:   (212) 895-4200
                          Facsimile:    (212) 895-4201
                          Email:        tfierst@crowell.com

CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022-4611
212-895-4200
212-895-4201 (Fax)

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

DONGMEI LI,

    Plaintiff,

v.

APPLE INC.; STEVE JOBS; and AT&T INC.,

    Defendants.

Civil Action No. 07-04005-LDW-ETB

### AFFIDAVIT OF TIMOTHY J. FIERST

TIMOTHY J. FIERST, being duly sworn, deposes and says:

1. I am Counsel to the law firm Crowell & Moring LLP ("Crowell & Moring"), attorneys for AT&T Inc., defendant in the above-captioned matter. I practice in Crowell & Moring's New York office.

2. I make this affidavit in support of the motion for Daniel Allen Sasse to be admitted to participate in this action *pro hac vice*.

3. I am admitted to the Bar of the United States District Court for the Eastern District of New York.

4. Accompanying this affidavit is the affidavit of Mr. Sasse, attaching a Certificate of Good Standing from the court of each state in which he is admitted to practice law.

5. Mr. Sasse is familiar with the facts of this case and AT&T Inc. requests that Mr. Sasse appear on its behalf in this matter.

6. Wherefore the affiant respectfully requests that Mr. Sasse be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

Timothy J. Fiest (TF:3247)

Sworn before me this
9 day of January, 2008

NOTARY PUBLIC

JAMIE C. KRAPF
Notary Public, State of New York
No. 02KR6154451
Qualified in Nassau County
Commission Expires 10/23/2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONGMEI LI,

    Plaintiff,

v.

APPLE INC.; STEVE JOBS; and
AT&T INC.,

    Defendants.

Civil Action No. 07-04005-LDW-ETB

**AFFIDAVIT OF DANIEL A. SASSE IN SUPPORT OF MOTION TO PRACTICE *PRO HAC VICE***

District of Columbia    )
                                   ) ss:
Washington               )

Daniel A. Sasse, being duly sworn, hereby deposes and says as follows:

1. I am a partner in the law firm Crowell & Moring LLP, counsel for defendant AT&T, Inc. ("AT&T").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action as counsel for AT&T.

3. AT&T has requested that I actively participate in this action as its counsel.

4. If admitted to practice before this Court *pro hac vice*, I will pay all appropriate fees and conduct myself in accordance with the Local Rules of this Court.

5. As shown on the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the State Bar of California.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

*Daniel A. Sasse*
Daniel A. Sasse
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
dsasse@crowell.com
(202) 624-2500

Sworn before me and subscribed
in my presence this 9th day
of January, 2008

*Jena K. Talarico*
Notary Public

Jena K. Talarico
Notary Public, District of Columbia
My Commission Expires 8-14-2010

# THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL ALLEN SASSE, #236234 was admitted to the practice of law in this state by the Supreme Court of California on May 26, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DANIEL A. SASSE

was on the 10TH day of JULY, 2000, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 7, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONGMEI LI,

       Plaintiff,

v.

APPLE INC.; STEVE JOBS; and
AT&T INC.,

       Defendants.

---

Civil Action No. 07-04005-LDW-ETB

**ORDER GRANTING
ADMISSION OF DANIEL ALLEN
SASSE PRACTICE *PRO HAC VICE***

       The motion for admission of Daniel Allen Sasse to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Daniel Allen Sasse, is permitted to argue or try this particular case in whole or in part as counsel.

       Mr. Sasse is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's office.

       This Order confirms Mr. Sasse's appearance as counsel in this case, and it will be entered in the Court's docket. A notation of his admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

       Mr. Sasse must serve a copy of this Order on all other counsel of record in this case.

Dated: _____, 2008

                                                                     _____
                                                                     United States District Judge

CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022-4611
212-895-4200
212-895-4201 (Fax)

*Attorneys for Defendant AT&T Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGMEI LI, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC.; STEVE JOBS; and AT&T INC., <br><br> Defendants. | Civil Action No. 07-04005-LDW-ETB <br><br> **CERTIFICATE OF SERVICE** |

TIMOTHY J. FIERST, being of full age, and under penalty of perjury, certifies the following:

1. I am employed at the law firm of Crowell & Moring LLP, counsel for defendant AT&T Inc. in the above-captioned matter.

2. On January 9. 2008, I caused a true and correct copies of the foregoing documents to be served upon all counsel of record in the above-captioned matter via the Court's ECF system.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: January 9, 2008

By: _____
Timothy J. Fierst, Esq.