

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 ▪ p212 223-4000 ▪ f212 223-4134

Timothy Fierst
(212) 895 - 4263
TFierst@crowell.com

January 9, 2008

**VIA ECF AND HAND DELIVERY**
Clerk, U.S. District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY  11722

Re:   Li v. Apple, Inc., *et al.*, 07-4005

Dear Sir/Madam:

    We represent defendant AT&T Inc. ("AT&T") in the above-captioned matter. Enclosed for filing on behalf of AT&T are:

1. Notice of Motion to Admit Wm. Randolph Smith *pro hac vice*;
2. Affidavit of Timothy J. Fierst;
3. Affidavit of Wm. Randolph Smith, with original Certificate of Good Standing;
4. Propose Order;
5. Check for $25.00 *pro hac vice* admission fee; and
6. Certificate of Service.

Copies of the documents also have been electronically filed.

    Please contact the undersigned with any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

Timothy J. Fierst

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Enclosures

Cc:   Hon. Leonard C. Wexler, U.S.D.J. (courtesy copy by hand)
      Hon. E. Thomas Boyle, U.S.M.J. (courtesy copy by hand)
      C. Jean Wang, Esq. (via ECF)
      Michael B. Miller, Esq. (via ECF)
      David J. Antzack, Esq. (via ECF)
      Seamus C. Duffy, Esq. (via ECF)