Li v. Apple Inc. et al                                                                                                                Doc. 21



```
A052 SWEDA                        DUPLICATE
(Rev. 3/02)               RECEIPT FOR PAYMENT
                        UNITED STATES DISTRICT COURT           025176
                                    for the
                          EASTERN DISTRICT OF NEW YORK
                              at    CENTRAL ISLIP
Fund                                          01-10-2008(THU)  10:19 AM
6855XX   Deposit Funds                                          001954
604700   Registry Funds             DRAW 2
         General and Special Funds  Receipt#25176
508800   Immigration Fees
085000   Attorney Admission Fees
086900   Filing Fees                PRO HAC VICE        25.00
322340   Sale of Publications         " # 6855XX
322350   Copy Fees
322360   Miscellaneous Fees          CHK#              800528
143500   Interest                    TOTAL-->»          25.00
322380   Recoveries of Court Costs   CHECK              25.00
322386   Restitution to U.S. Government
121000   Conscience Fund
129900   Gifts
504100   Crime Victims Fund
613300   Unclaimed Monies
510000   Civil Filing Fee (½)
510100   Registry Fee
```

**CASE REFERENCE:** Li v. Apple C7-4005

**RECEIVED FROM** Crowell + Moring LLP
153 E. 53 St
N.Y. N.Y. 10022

**DEPUTY CLERK** _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

GPO U.S. GPO: 2006-510-661

Dockets.Justia.com

A082 SWEDA
(Rev. 3/02)

**DUPLICATE**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT** 025177
for the
**EASTERN DISTRICT OF NEW YORK**
at _CENTRAL ISLIP_

LONG ISLAN[D]

01-10-2008(THU) 10:21 AM
001955

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

DRAW 2
Receipt#25177

PRO HAC VICE         25.00
  # 6855XX
CHK#                 800529
TOTAL-->             25.00
CHECK                25.00

**CASE REFERENCE:**
Li v. Apple  07-4005

**RECEIVED FROM**
Crowell & Moring LLP
153 E. 53 St.
N.Y. N.Y. 10022

**DEPUTY CLERK** _[signature]_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

GPO U.S. GPO: 2006-510-661