UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DONGMEI LI,

                               Plaintiff,                  ORDER

                    -against-                        CV 07-4005 (LDW) (ETB)

APPLE, INC., STEVE JOBS, Chief
Executive Officer of Apple, Inc.,
AT&T, INC.,

                              Defendants.
----------------------------------------------------------------X

       The initial conference previously scheduled for January 11, 2008 at 11:00 a.m. is rescheduled for a status conference on May 14, 2008 at 11:00 a.m.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

SO ORDERED.

Dated: Central Islip, New York
         January 10, 2008

                                                      /s/ E. Thomas Boyle
                                                      HON. E. THOMAS BOYLE
                                                      United States Magistrate Judge