**CIVIL CAUSE FOR**
**PRE-MOTION CONFERENCE**

**BEFORE: WEXLER, J.**      **DATE: JANUARY 10 , 2008**      **TIME: 11:00 A.M.**

**DOCKET #: CV 07-4005**                          **TOTAL TIME: 1 HR**

**TITLE:      LI          V.          APPLE**

     **APPEARANCES:**

        **Pltff**          **-**          **NO SHOW**

        **Deft AT&T**  **-**  **DANIEL A. SASSE, ESQ**
                      **TIMOTHY J. FIERST, ESQ**

        **Deft Apple & Jobs**  **MICHAEL B. MILLER, ESQ**

**Case called.  Counsel present.**

**Conference held.      Deft's request to file motion to dismiss  is granted.**

**Parties to agree upon briefing schedule.**

**Discovery stayed.**

**Conference concluded.**

Dockets.Justia.com