UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
DONGMEI LI,

          Plaintiff,

    v.

APPLE INC.; STEVE JOBS; and
AT&T INC.,

          Defendants.
-----------------------------------------------------------x

Civil Action No. 07-04005-LDW-ETB

**NOTICE OF CONSENT TO CHANGE ATTORNEYS FOR DEFENDANT AT&T INC.**

      PLEASE TAKE NOTICE that defendant AT&T Inc. ("AT&T") hereby consents to the withdrawal of DRINKER BIDDLE & REATH LLP as attorneys of record for AT&T in the above-captioned action. CROWELL & MORING LLP, which entered its appearance on January 9, 2008 (Dkt. No. 15), shall remain as attorneys of record for AT&T in place and instead of DRINKER BIDDLE & REATH LLP.

DRINKER BIDDLE & REATH LLP

By: _____
    Andrew B. Joseph
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
andrew.joseph@dbr.com

CROWELL & MORING LLP

By: _____ 1/17/08
    Timothy J. Fierst (TF: 3247)
153 E. 53rd Street, 31st Floor
New York, New York
(212) 895-4200
tfierst@crowell.com

DRINKER BIDDLE & REATH LLP

By: _____
    David J. Antczak (admitted pro hac vice)
One Logan Square, 18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2558
david.antczak@dbr.com