

36-25 MAIN STREET, THIRD FLOOR
FLUSHING, NEW YORK 11354
PHONE: (718) 353-9264
FACSIMILE: (718) 353-2099
EMAIL: HELP@MEIGUOFA.COM

VIA CERTIFIED MAIL AND EMAIL

January 16, 2008

Honorable Judge Leonard D. Wexler
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

 RE: Li v. Apple
   Docket #: CV 07-4005

Dear Honorable Judge Wexler,

 We are writing to object to the defendants' request to change the briefing schedule because it would further delay discovery and the entire action.  Furthermore, defendants have not set forth adequate justification for further delay.

 Feel free to contact us with any questions: (718) 353-9264.

                    Sincerely,


                    Chunyu Jean Wang, Esq.
                    Wang Law Office, PLLC

Cc.: Michael B. Miller
   Attorney for Defendants Apple Inc. and Steve Jobs
   1290 Avenue of the Americas
   New York, NY 10104-0050
   Email: mbmiller@mofo.com

   Timothy Fierst

Attorney for Defendant AT&T Inc.
153 East 53 St., 31st Fl.
New York, NY 10022
Email: tfierst@crowell.com