UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DONGMEI LI,

               Plaintiff,

        -against-

APPLE INC.
STEVE JOBS
AT&T INC.,

           Defendants.

------------------------------------------------------------- x

Index No.  CV 07 4005
(LDW)(ETB)

**[PROPOSED] SCHEDULING ORDER**

## [PROPOSED] SCHEDULING ORDER

WHEREAS, on January 10, 2008, the Defendants were granted leave to file Motions to Dismiss the Complaint in this action,

IT IS HEREBY ORDERED, for good cause shown, that:

1.     The Defendants' opening papers in support of their Motions to Dismiss the Complaint in this action shall be filed on or before January 31, 2008.

2.     The Plaintiff's opposition papers shall be filed on or before February 20, 2008.

3.     The Defendants' reply papers shall be filed on or before February 25, 2008.

SO ORDERED:

_____
Hon. Leonard D. Wexler
United States District Judge

Dated:  _____, 2008

ny-796170