CASE NO.: CV07 4005

## AFFIDAVIT OF SERVICE

**DONGMEI LI**

    Plaintiff/Petitioner,

vs.

**APPLE, INC., ET AL.**

    Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **10/18/2007** at **02:00 PM** to be served upon:

**AT &T, INC. C/O CT CORP**

```
DELAWARE
NEW CASTLE     ss.
```

I, **ADAM GOLDEN**, depose and say that:

On **10/18/2007** at **02:25 PM**, I served the within **SUMMONS; COMPLAINT AND ORDER** on AT &T, INC. C/O CT CORP at **1209 ORANGE ST , Wilmington, DE 19801** in the manner indicated below:

CORPORATE SERVICE: By delivering to and leaving same with **SCOTT LASCALA, SECTION HEAD OF PROCESS**
So served and authorized to accept service.

Description of person served:
**Sex: Male – Age: 30 – Skin: White – Hair: Brown – Height: 6' – Weight: 230**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___18___ day of _____Oct_____, 20_07_.

```
Sworn to and subscribed before me on this
___19___ day of ____Oct____, 20_07_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
```

X_____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **WANG LAW OFFICE, PLLC**
Atty File#:  – Our File# **20884**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>WANG LAW OFFICE, PLLC<br>36-25 MAIN ST. STE. 3A<br>FLUSHING, NY 11354<br><br>ATTORNEY FOR: PLAINTIFF | TELEPHONE:<br>718-353-9264<br><br><br><br>REF: | FOR COURT USE |
|---|---|---|
| NAME OF COURT, JUDICIAL DISTRICT AND BRANCH NAME:<br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF THE CASE: DONGMEI LI V. APPLE INC., et al | | CASE#: CV07 4005 |

## PROOF OF SERVICE

1. **AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

2. **I SERVED THE FOLLOWING DOCUMENTS:** SUMMONS, COMPLAINT AND ORDER

3. **PARTY SERVED:** APPLE INC. C/O CT Corporation agent for service - Margaret Wilson Authorized person.

4. **ADDRESS** [ ] HOME   [✓] BUSINESS: 818 W. SEVENTH ST. LOS ANGELES, CA 90017

5. **METHODE OF SERVICE:**
   [✓] **PERSONAL SERVICE:** BY PERSONAL DELIVERY TO THE PERSON IDENTIFIED IN PARAGRAPH 3.
   DATE OF SERVICE: 10/23/2007      TIME OF SERVICE: 3:05PM

   [ ] **SUBSTITUTED SERVICE TO:**
   DATE OF SERVICE:                  TIME OF SERVICE:

   [ ] **BY MAIL:** BY MAILING COPIES TO THE PERSON IDENTIFIED IN PARAGRAPH 3 BY FIRST CLASS MAIL.
   DATE OF MAILING:                  PLACE OF DEPOSIT:

6. **PERSON WHO SERVED PAPERS:** ALBERT GHAZARIAN      FEE FOR SERVICE: $59.00

   WEST COAST SERVICES, INC.          Registered California Process Server
   348 E. OLIVE AVE. SUITE K          (1) [ ] Employee or [X] Independent
   BURBANK, CA. 91502                 (2) Registration No: 4045
   Tel: (818) 845-5067                (3) County: LOS ANGELES

7. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATE: 11/07/2007                     ALBERT GHAZARIAN
                                     (NAME AND SIGNATURE OF THE PERSON SERVING THE PAPERS)

SUSCRIBED AND SWORN to before me this
08 day of November, 2007

Notary Public in and for the
County of Los Angeles. State of California

LIA MOVSESIAN
Commission # 1691658
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2010

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY: WANG LAW OFFICE, PLLC 36-25 MAIN ST. STE. 3A FLUSHING, NY 11354 | TELEPHONE: 718-353-9264 | FOR COURT USE |
|---|---|---|
| ATTORNEY FOR: PLAINTIFF | REF: | |
| NAME OF COURT, JUDICIAL DISTRICT AND BRANCH NAME: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF THE CASE: DONGMEI LI V. APPLE INC., et al | | CASE#: CV07 4005 |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I SERVED THE FOLLOWING DOCUMENTS: SUMMONS, COMPLAINT AND ORDER

3. PARTY SERVED: STEVE JOBS

4. ADDRESS [ ] HOME [✓] BUSINESS: ONE INFINITE LOOP CUPERTINO, CA 95014

5. METHODE OF SERVICE:
   [ ] PERSONAL SERVICE: BY PERSONAL DELIVERY TO THE PERSON IDENTIFIED IN PARAGRAPH 3.
   DATE OF SERVICE:     TIME OF SERVICE:

   [✓] SUBSTITUTED SERVICE TO: ADELINE YU - paralegal
   DATE OF SERVICE: 10/30/2007     TIME OF SERVICE: 12:55PM

   [✓] BY MAIL: BY MAILING COPIES TO THE PERSON IDENTIFIED IN PARAGRAPH 3 BY FIRST CLASS MAIL.
   DATE OF MAILING: 10/31/07     PLACE OF DEPOSIT: BURBANK

6. PERSON WHO SERVED PAPERS: OMAR HAKMI     FEE FOR SERVICE:

   WEST COAST SERVICES, INC.
   348 E. OLIVE AVE. SUITE K
   BURBANK, CA. 91502
   Tel: (818) 845-5067

   Registered California Process Server
   (1) [ ] Employee or [X] Independent
   (2) Registration No: 391
   (3) County: SAN MATEO

7. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 11/09/2007     OMAR HAKMI
(NAME AND SIGNATURE OF THE PERSON SERVING THE PAPERS)

SUSCRIBED AND SWORN to before me this 20th day of November, 2007

Notary Public in and for the
County of Los Angeles, State of California
San Mateo

FRANK KAUL
COMM. #1715679
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
COMM. EXPIRES JAN. 24, 2011

PROOF OF SERVICE