# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

DONGMEI LI

V.

APPLE INC., ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 07 4005

WEXLER, J.

BOYLE, M.J.

TO: (Name and address of Defendant)

APPLE INC. located at 630 Old Country Rd., Garden City, New York;
STEVE JOBS located at 630 Old Country Rd., in Garden City, New York;
and
AT&T INC. located at 39-09 Main St., Flushing, New York.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WANG LAW OFFICE, PLLC
36-25 MAIN ST., STE. 3A
FLUSHING, NY 11354

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

(By) DEPUTY CLERK

DATE  SEP 25 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

DONGMEI LI

V.

APPLE INC., ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 07 4005

WEXLER, J.

BOYLE, M.J.

TO: (Name and address of Defendant)

APPLE INC. located at 630 Old Country Rd., Garden City, New York;
STEVE JOBS located at 630 Old Country Rd., in Garden City, New York;
and
AT&T INC. located at 39-09 Main St., Flushing, New York.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WANG LAW OFFICE, PLLC
36-25 MAIN ST., STE. 3A
FLUSHING, NY 11354

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

(By) DEPUTY CLERK

DATE SEP 25 2007

# UNITED STATES DISTRICT COURT

EASTERN  District of  NEW YORK

DONGMEI LI

V.
APPLE INC., ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 07 4005

WEXLER, J.

BOYLE, M.J.

TO: (Name and address of Defendant)

APPLE INC. located at 630 Old Country Rd., Garden City, New York;
STEVE JOBS located at 630 Old Country Rd., in Garden City, New York;
and
AT&T INC. located at 39-09 Main St., Flushing, New York.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WANG LAW OFFICE, PLLC
36-25 MAIN ST., STE. 3A
FLUSHING, NY 11354

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

(By) DEPUTY CLERK

DATE  SEP 25 2007