**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 30, 2008

Writer's Direct Contact
212.468.8009
MBMiller@mofo.com

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Li v. Apple Inc., et al.*, Case No. CF-07-04005 (LDW)(ETB)

Dear Judge Wexler:

We represent defendants Apple Inc. and Steve Jobs in the above-captioned action, and write this letter on behalf of all defendants, including AT&T Inc. Although your Honor's Individual Practices do not permit "reply" submissions in connection with letters requesting a pre-motion conference, counsel for plaintiff submitted such a letter yesterday via the ECF system. Defendants disagree with the various assertions contained in that letter, but will not respond to them by "sur-reply" unless such a response is requested by the Court.

As provided for in your Honor's Order of January 14 and the Proposed Scheduling Order that was submitted to the Court on January 18, the defendants in this case will serve their motions to dismiss the entire Complaint in this action on January 31.

Respectfully submitted,

/s/ Michael B Miller

Michael B. Miller

cc: All Counsel (Via ECF)

ny-797817