

36-25 MAIN STREET, THIRD FLOOR
FLUSHING, NEW YORK 11354
PHONE: (718) 353-9264
FACSIMILE: (718) 353-2099
EMAIL: HELP@MEIGUOFA.COM

VIA Federal Express and E-Mail

February 19, 2008

Honorable Judge Leonard D. Wexler
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    RE: Li v. Apple
        Case #: 07-CV-4005

Dear Honorable Judge Wexler,

    We represent the plaintiff in the aforementioned case. Enclosed is our Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

    Feel free to contact us with any questions: (718) 353-9264.

    Sincerely,

    /s/ C. Jean Wang

    Chunyu Jean Wang, Esq.
    Wang Law Office, PLLC

Cc.:    Michael B. Miller
        Attorney for Defendants Apple Inc. and Steve Jobs
        1290 Avenue of the Americas
        New York, NY 10104-0050
        Email: mbmiller@mofo.com

        Timothy Fierst



Attorney for Defendant AT&T Inc.
153 East 53 St., 31ˢᵗ Fl.
New York, NY 10022
Email: tfierst@crowell.com

Magistrate Judge Thomas Boyle
100 Federal Plaza
Central Islip, NY 11722
(only the cover letter)