# CERTIFICATE OF SERVICE

I, Ming Chong, hereby certify that on February 19, 2008, I served copies of Memorandum of Law in Opposition to Defendants' Motion to Dismiss on the following parties by depositing a true copy of the above described papers into the Federal Express self-service location at: 3636 Main St., Flushing, NY, which is in the custody and control of the overnight delivery service known as Federal Express, prior to the latest time designated by Federal Express for pickup from that location. The above described papers were enclosed in a Federal Express envelope marked for overnight delivery, with an authorization allowing for delivery without obtaining a delivery signature. The above described papers were addressed to the following party(ies) at the following address(es):

> Michael B. Miller
> Attorney for Defendants Apple Inc. and Steve Jobs
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> Email: mbmiller@mofo.com
>
> Timothy Fierst
> Attorney for Defendant AT&T Inc.
> 153 East 53 St., 31st Fl.
> New York, NY 10022
> Email: tfierst@crowell.com

February 19, 2008    ____/s/ Ming Chong_____
                     Signature