**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

DONGMEI LI,

    Plaintiff,

v.

APPLE INC.; STEVE JOBS; and
AT&T INC.,

    Defendants.

Civil Action No. 07-cv-04005(LDW)(ETB)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE, that pursuant to Federal Rules of Procedure 12(b)(2) and 12(b)(6), upon the Memorandum of Law in Support of AT&T, Inc.'s Motion to Dismiss Plaintiff's Fourth, Fifth and Sixth Claims and upon the Declaration of Daniel A. Sasse in Support of Motion to Dismiss, and all other papers and proceedings had herein, Defendant AT&T Inc. by and through its attorneys, Crowell & Moring LLP hereby respectfully moves this Court at the United States District Court, United States Courthouse, 944 Federal Plaza, Central Islip, New York on a date and time designated by the Court, for an Order dismissing Plaintiff's Fourth, Fifth, and Sixth Claims in her Complaint, with prejudice.

    PLEASE TAKE FURTHER NOTICE that answering memoranda and other papers, if

any, must be served upon the undersigned counsel on or before February 20, 2008.

Dated: New York, New York
   January 31, 2008

Respectfully submitted,

_____
Timothy J. Fierst (TJF:3247)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
(212) 895-4200
*Attorneys for Defendant AT&T Inc.*

TO:
Wang Law Office, PLLC
Att: Chunyu Jean Wang, Esq.
Attorneys for Plaintiff
36-25 Main Street, Third Floor
Flushing, New York 11354