# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGMEI LI,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; STEVE JOBS; and AT&T INC.,<br><br>Defendants. | Civil Action No. 07-04005-LDW-ETB<br><br>**[PROPOSED] ORDER GRANTING AT&T INC.'S MOTION TO DISMISS PLAINTIFF'S FOURTH, FIFTH, AND SIXTH CLAIMS** |

WHEREFORE, pursuant to Fed. R. Civ. Pro. 12(b)(2) and 12(b)(6), this Honorable Court hereby DISMISSES WITH PREJUDICE Plaintiff's Fourth, Fifth, and Sixth Claims of her Complaint as to Defendant AT&T Inc., for failure to state a claim for which relief can be granted and for failure to establish personal jurisdiction over said defendant.

Dated this ____ day of _____, 2008.

_____

Hon. Leonard D. Wexler, U.S.D.J.