## CERTIFICATE OF SERVICE

I, TIMOTHY J. FIERST, hereby certify that on January 31, 2008, I caused a true and

correct copy of the attached MOTION TO DISMISS PLAINTIFF'S FOURTH, FIFTH, AND

SIXTH CLAIMS, MEMORANDUM OF LAW IN SUPPORT OF AT&T INC.'S MOTION TO

DISMISS PLAINTIFF'S FOURTH, FIFTH, AND SIXTH CLAIMS, and [PROPOSED]

ORDER GRANTING AT&T INC.'S MOTION TO DISMISS to be served on all parties via

Electronic mail and First Class Mail.


Dated:    New York, New York
          January 31, 2008


Timothy J. Fierst
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022


*Counsel for AT&T Inc.*