UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

DONGMEI LI,

        Plaintiff,

-against-

APPLE INC.
STEVE JOBS
AT&T INC.,

        Defendants.

-----------------------------------------------------------x

Index No. CV 07 4005
(LDW)(ETB)

**NOTICE OF MOTION TO DISMISS**

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that defendants Apple Inc. and Steve Jobs (collectively, "Apple") respectfully move this Court at the United States District Court, United States Courthouse, 944 Federal Plaza, Central Islip, New York, on a date and time designated by the Court, for an Order dismissing the Complaint in this action in its entirety with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds supporting Apple's motion are set forth in the accompanying Memorandum of Law and all other papers and proceedings had herein.

PLEASE TAKE FURTHER NOTICE that answering memoranda and other papers, if any, must be served on the undersigned counsel on or before February 20, 2008.

ny-797690

Dated: New York, New York  
January 31, 2008

MORRISON & FOERSTER LLP

By: _____
Michael B. Miller (MM-1154)
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-8000
mbmiller@mofo.com

TO: Wang Law Office
Attn: C. Jean Wang, Esq.
36-25 Main Street, Suite 3A
Flushing, NY 11354

ny-797690