UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DONGMEI LI,

            Plaintiff,

    -against-                                Index No. CV 07 4005 (LDW)(ETB)

APPLE INC.
STEVE JOBS
AT&T INC.,                                    [PROPOSED] ORDER

            Defendants.

-----------------------------------------------------------------x

## [PROPOSED] ORDER

WHEREFORE, pursuant to Federal Rule of Civil Procedure 12(b)(6), this Honorable Court hereby DISMISSES WITH PREJUDICE Plaintiff's Complaint against Apple Inc. and Steve Jobs, for failure to state a claim for which relief can be granted.

Dated this ___ day of _____, 2008.

_____

Hon. Leonard D. Wexler, U.S.D.J.

ny-798255