## CERTIFICATE OF SERVICE

    I, MICHAEL B. MILLER, hereby certify that on January 31, 2008, I caused a true and correct copy of the attached NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF APPLE INC. AND STEVE JOBS' MOTION TO DISMISS, AND [PROPOSED] ORDER DISMISSING THE COMPLAINT WITH PREJUDICE to be served on all parties via Electronic mail and UPS Overnight Mail, pursuant to Judge Wexler's Individual Practices.

Dated:   New York, New York
           January 31, 2008

                                                          /s/ Michael B. Miller
                                                          Michael B. Miller

ny-797690