## CERTIFICATE OF SERVICE

I, TIMOTHY J. FIERST, hereby certify that on February 25, 2008, I caused a true and correct copy of the attached MEMORANDUM IN REPLY TO PLAINTIFF'S OPPOSITION TO AT&T INC.'S MOTION TO DISMISS PLAINTIFF'S FOURTH, FIFTH, AND SIXTH CLAIMS to be served on all parties via Electronic mail and First Class Mail.

Dated: New York, New York
February 25, 2008

_____
Timothy J. Fierst
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022

*Counsel for AT&T Inc.*