## CERTIFICATE OF SERVICE

    I, MICHAEL B. MILLER, hereby certify that on February 25, 2008, I caused a true and correct copy of the attached REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF APPLE INC. AND STEVE JOBS' MOTION TO DISMISS to be served on all parties via ECF, email and First Class mail.

Dated:   New York, New York
            February 25, 2008

                                          /s Michael B. Miller
                                            Michael B. Miller