

36-25 MAIN STREET, THIRD FLOOR
FLUSHING, NEW YORK 11354
PHONE: (718) 353-9264
FACSIMILE: (718) 353-2099
EMAIL: HELP@MEIGUOFA.COM

VIA E-Mail and Facsimile

March 17, 2008

Michael B. Miller
1290 Avenue of the Americas
New York, NY 10104-0050
FAX: 212-468-7900
MBMiller@mofo.com

Timothy Fierst
153 East 53rd Street, 31st Floor
New York, NY 10022-4611
FAX: 212-223-4134
TFierst@crowell.com

Dear Mr. Miller and Fierst,

    Last Friday, March 14, 2008, the law secretary of Judge Wexler's chamber contacted us to schedule an in-person conference at the Federal Courthouse in Suffolk County to resolve issues between us. The Judge is available Monday through Thursday of this week.

I am available this Thursday afternoon.

Please advise when you will be available for the conference, so that arrangements with the Judge's chamber may be made.

                      Sincerely,

                      Chunyu Jean Wang, Esq.
                      Wang Law Office, PLLC