**CIVIL CAUSE FOR**
**PRE-MOTION CONFERENCE**

**BEFORE: WEXLER, J.**     **DATE: APRIL 8 , 2008**     **TIME: 11:00 A.M.**

**DOCKET #: CV 07-4005**     **TOTAL TIME: 1 HR**

**TITLE:**     **LI**     **V.**     **APPLE**

**APPEARANCES:**

    **Pltff**     **CHUNYU JEAN WANG, ESQ**

    **Deft AT&T -**     **DANIEL A. SASSE, ESQ**

    **Deft Apple & Jobs**     **MICHAEL B. MILLER, ESQ**

**Case called.**

**Counsel present.**

**Conference held.**     **Deft motion to dismiss denied without prejudice.**

**Discovery stayed.**

**Plaintiff to amend complaint within 45 days.**

**Conference concluded.**