UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DONGMEI LI,

                              Plaintiff(s),        <u>ORDER</u>

            -against-        CV 07-4005 (LDW) (ETB)

APPLE INC., et al.,

                              Defendant(s).
-------------------------------------------------------------------------X

       The initial conference previously set for May 14, 2008 at 11:00 a.m. before the undersigned has been rescheduled for June 19, 2008 at 9:30 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

       Plaintiff's counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
       April 10, 2008

                                         <u>/s/ E. Thomas Boyle</u>
                                         E. THOMAS BOYLE
                                         United States Magistrate Judge