## CERTIFICATE OF SERVICE

I, C. Jean Wang, hereby certify that on May 22, 2008, I served copies of Amended Class Action Complaint on the following parties by Electronic Mail and First Class Mail by depositing a true copy of the above described papers into an official depository under the exclusive care and custody of the United States Postal Service within New York State. The above described papers were addressed to the following party(ies) at the following address(es):

> Michael B. Miller
> Attorney for Defendants Apple Inc. and Steve Jobs
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> Email: mbmiller@mofo.com
>
> Timothy Fierst
> Attorney for Defendant AT&T Inc. and AT&T Mobility LLC
> 153 East 53 St., 31st Fl.
> New York, NY 10022
> Email: tfierst@crowell.com
>
> Daniel A. Sasse
> Attorney for Defendant AT&T Inc. and AT&T Mobility LLC
> 3 Park Plaza, 20th Floor
> Irvine, CA 92614
> Email: dsasse@crowell.com

May 22, 2008            ____/s/ C. Jean Wang_____
                                    Signature